*John W. Akin,* for plaintiff in error.
*J. B. Conyers* and *R. J. & J. McCamy,* contra.

---

## THOMPSON, administrator, *v.* ORSER *et al.*

FISH, J. 1. As a general rule a court of equity will not interfere with the administration of estates by placing the assets thereof in the hands of a receiver. It will, however, at the instance of heirs or the sureties upon the administrator's bond, where there is danger of loss or other injury to their interests, afford such extraordinary relief as may be necessary to prevent the same.

2. Under the facts disclosed by the present record, it does not appear that there was any abuse of discretion in granting the injunction prayed for, or in appointing a receiver.
 *Judgment affirmed. All concurring, except Cobb, J., absent.*

Submitted February 25, — Decided April 13, 1898.

Injunction and receiver. Before Judge Sweat. Charlton county. January 20, 1898.

*Arthur E. Cochran* and *Leon A. Wilson,* for plaintiff in error. *Toomer & Reynolds* and *W. M. Olliff,* contra.